ceeding should be remitted to the Special Term for further consideration; and the order appealed from must, therefore, be modified in accordance with these suggestions.

*J. A. Beall*, for the Mayor, &c., of New York, appellant.

*John C. Shaw*, for the petitioner, the respondent.

Opinion PER CURIAM.

Present—DAVIS, P. J., BRADY and BARRETT, JJ.

Order modified as indicated in opinion.

ACALUS L. PALMER, RESPONDENT, *v.* ERWIN A. HUSSEY, APPELLANT.

Order reversed, with $10 costs; motion remitted to Special Term for hearing on the merits.

Opinion PER CURIAM.

IN THE MATTER OF THE APPLICATION OF THE AMERICAN EXPRESS COMPANY FOR LEAVE TO SUE ASHBEL H. BARNEY, AS RECEIVER OF WELLS, FARGO & COMPANY.

Order reversed, and leave to sue granted, with costs to be paid out of the fund in case of final success in the action.

Opinion PER CURIAM.

JOHN S. STUBBS AND RICHARD S. JONES, RESPONDENTS, *v.* JANE STUBBS, APPELLANT.

Order affirmed, with $10 costs, and disbursements.

Opinion PER CURIAM.

JOHN S. STUBBS AND RICHARD S. JONES, RESPONDENTS, *v.* JANE STUBBS, APPELLANT.

Motion to dismiss appeal denied, without costs.

Opinion PER CURIAM.

MARY E. TAPPIN, APPELLANT, *v.* JOSEPH H. GODWIN, RESPONDENT, AND OTHERS.

JOSEPH H. GODWIN, RESPONDENT, *v.* JAMES McLEAN AND OTHERS. MARY E. TAPPIN, IMPLEADED, &C., APPELLANT.

Order affirmed, on the opinion of WESTBROOK, J